# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 12, 2023

## NO. 03-23-00073-CV

**Natin Paul, Individually and as Trustee of the Natin Paul Management Trust Dated February 29, 2012, Appellant**

**v.**

**HAR-3M, LLC, Appellee**

### APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on November 9, 2022. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.